IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

FILED
NOV 29 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:17-71587 |
| Plaintiff, | (N.D. Cal.) |
| v. | MOTION TO UNSEAL CRIMINAL COMPLAINT |
| GIOVANNI ANTONIO VILLAREAL, | 1:17mj213 |
| Defendant. | |

The Criminal Complaint in this case having been sealed by order of a U.S. Magistrate Judge in the Northern District of California on or about November 20, 2017, and it appearing that such Criminal Complaint no longer needs to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the Criminal Complaint be unsealed and made public record.

DATED: November 29, 2017

BY _____
HON. STANLEY A. BOONE
United States Magistrate Judge

1